No. 105. Oyanguren, Peticionaria, *v.* Córdova Dávila, Juez de Distrito, Demandado.—Solicitud para que se expida mandamiento de *certiorari* al Juez de la Corte de Distrito de San Juan, Sección 1ª. Resuelto en octubre 24, 1913. De-

sestimada la solicitud y anulado el mandamiento expedido por aparecer que el demandante en la corte inferior desistió de su acción. Abogado del peticionario: *Sr. Antonio Sarmiento.* El demandado no compareció.